UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD WAYNE PURVIANCE,

    Plaintiff,

v.                                    Case No: 6:19-cv-1805-Orl-18JRK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Donald Wayne Purviance's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for disability insurance benefits ("DIB") after proceedings before an Administrative Law Judge ("ALJ").[1] On June 19, 2020, the United States Magistrate Judge issued a Report and Recommendation (the "Report and Recommendation") recommending that the Defendant's decision be affirmed (Doc. 17), to which Plaintiff filed objections (Doc. 18) and the Commissioner filed a response (Doc. 19).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. Additionally, oral argument on Plaintiff's objections is unnecessary in this case, as the briefs and record adequately present the facts and legal arguments of this case. After *de novo* review of the portions of the Report and Recommendation (Doc. 17) to which Plaintiff objects, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 13.)

1. United States Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 17) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ____6____ day of August, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

2